

# NUMBER 13-24-00547-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**MICHAEL ANTHONY MAYES,**                                                          **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                          **Appellee.**

---

## ON APPEAL FROM THE 24TH DISTRICT COURT
## OF CALHOUN COUNTY, TEXAS

---

## MEMORANDUM OPINION

### Before Justices Silva, Peña, and Fonseca
### Memorandum Opinion by Justice Fonseca

Appellant filed a pro se notice of appeal attempting to appeal a judgment in trial court case number 2019-CR-8237-DC. We now dismiss the appeal for want of jurisdiction.

Upon review of the documents filed, the trial court has certified that this "is a plea-bargain case…, and the defendant has NO right of appeal." *See* TEX. R. APP. P.

25.2(a)(2). On November 5, 2024, we ordered appellant's counsel to review the record and determine whether appellant had a right to appeal. On November 8, 2024, the trial court granted a motion to withdraw, releasing the Honorable Keith S. Weiser as appellant's counsel. On December 13, 2024, we abated and remanded the case to the trial court to determine whether appellant was entitled to new appointed counsel. On January 16, 2025, appellant was appointed new counsel.

Accordingly, on January 24, 2025, we reinstated the case and ordered appellant's newly appointed counsel to review the record and determine whether appellant had a right to appeal. On February 5, 2025, appellant's counsel responded concluding that appellant waived his right to appeal and otherwise does not have a right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. *See id.* R. 25.2(d), 37.1, 44.3. Accordingly, this case is dismissed for want of jurisdiction.

YSMAEL D. FONSECA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
10th day of April, 2025.

2